UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| ESTATE OF JOSHUA A. MCLEMORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:23-cv-00057-TWP-KMB |
| | ) | |
| JACKSON COUNTY, INDIANA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DIRECTING FILING OF DOCUMENTS
## AUTHORIZING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS

The Court has been notified that the Plaintiff, Defendant Jackson County, and individual Defendants Meyer, Everhart, Ferguson and Rutan have agreed to a settlement of Plaintiff's claims against those Defendants. Accordingly, all deadlines related to Plaintiff's claims **against those Defendants only** are hereby **VACATED**. Within **60 days** of the date of this Order, counsel for those Parties shall file the appropriate dismissal papers. Additional time may be granted if requested in writing before expiration of this period.

Plaintiff's claims against Defendants Advanced Correctional HealthCare, Inc. and Dr. Ronald Everson remain pending, and the case management deadlines previously set forth in this action remain in effect with regard to those Defendants.

**So ORDERED.**

Date: 9/6/2023

*Kellie M. Barr*

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

Austin Ryan Andreas
Bleeke Dillon Crandall, P.C.
austin@bleekedilloncrandall.com

Hank Balson
Budge & Heipt, PLLC
hank@budgeandheipt.com

Edwin S. Budge
Budge & Heipt PLLC
ed@budgeandheipt.com

Carol A. Dillon
BLEEKE DILLON CRANDALL, P.C.
carol@bleekedilloncrandall.com

Erik J. Heipt
Budge & Heipt PLLC
erik@budgeandheipt.com

R. Jeffrey Lowe
KIGHTLINGER & GRAY, LLP (New Albany)
jlowe@k-glaw.com

Katherine Elizabeth Tapp
KIGHTLINGER & GRAY LLP
ktapp@k-glaw.com