**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| THE ESTATE OF JOSHUA A. McLEMORE, by and through its Administrator, Melita L. Ladner, | )<br>)<br>)<br>) |
| PLAINTIFF, | ) |
| v. | )  No. 4:23-cv-00057-TWP-KMB<br>)<br>) |
| JACKSON COUNTY, INDIANA; et al., | )<br>) |
| DEFENDANTS. | ) |

**ORDER CONTINUING DEADLINE**
**FOR PLAINTIFF TO MAKE SETTLEMENT PROPOSAL**

The Court has considered the parties' Stipulated Motion to Continue Deadline for Plaintiff to Make a Settlement Proposal. The Court finds that good cause exists to the continue the deadline as requested. Therefore, the Court GRANTS the stipulated motion.

The Deadline for Plaintiff to issue a settlement proposal to Defendants Advanced Correctional Healthcare, Inc. and Ronald Everson, currently set for September 12, 2023, is hereby continued to **November 13, 2023**.

**So ORDERED.**

Date: 9/11/2023

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All counsel of record via CM/ECF